FILED

JAN 22 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

JAMES STEWART                                CASE NUMBER 17 CV 09078

Plaintiff                                    Judge THE HON. CHARLES NORGLE

V

AT&T Services Inc, and

EQUIFAX INFORMATION SERVICES LLC (Equifax)

Defendants

## NOTICE OF

## INITIAL DISCLOSURES AND DISCOVERY

Pursuant to Rule 26 Plaintiff James Stewart Pro Se summits Initial Disclosures and Discovery to AT&T and Equifax.

Respectfully

*[signature]*

James Stewart
8132 S Harvard
Chicago Il 60620
312 217 0492
Cnajames1961@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court who is using the CM/ECF system which will be sent to all attorneys of record and via U.S. Mail to:

Rodney L. Lewis
Mary Kathryn Curry
Attorneys for Equifax
Polsinelli, PC
150 North Riverside Plaza
Suite 3000
Chicago, IL 60606
Tel. (312) 819-1900
Fax (312) 819-1910
Email: rodneylewis@polsinelli.com
Email: mkcurry@polsinelli.com

Daniel A. Kazlauski
Attorneys for AT&T
225 W. Randolpy, 25th Floor
Chicago Illinois 60606
312 727 3995
Dk7632@att.com

Respectfully submitted

James Stewart
8132 S Harvard
Chicago Illinois 60620
312 217 0492 Cnajames1961@yahoo.com